UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS CHICAGO

IN RE: YANCEY LESLIE ) CHAPTER 13
      YANCEY GLORIA R )
                                  ) CASE NO. 09-04548
    Debtor(s). )

RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Now comes Green Tree Servicing LLC, pursuant to Bankruptcy Rule 3002.1 (g) and for its Response to the Trustee's Notice of Final Cure Payment states as follows:

☐ The Creditor's Authorized Agent concurs that all prepetition arrears have been paid in full and the Debtor(s) are current in post petition payments. The next payment is due _____ in the amount _____ of which is comprised of _____ principal and interest, _____ escrow charges, and _____ other charges.

☒ The Creditor's Authorized Agent concurs that all prepetition arrears have been paid in full, but the Debtor(s) are DELINQUENT in post petition payments. The payments are past due for 10/01/2013 in the amount of $635.00:

                                       Principal & Interest:
                                       $635.00
                                       Escrow Charges:
                                       $0.00
                                       Other Charges:
                                       $0.00
                                       Total Due:
                                       $635.00

☐ The Creditor's Authorized Agent denies that all pre petition arrears have been paid. According to the records of the Creditor, an arrears claim was filed in the amount of $_____ and the Trustee has paid a total of $_____. See ECF Claim No. _____. In addition, the Debtor(s) are DELINQUENT in post petition payments. The payments are past due for _____, 2011 in the amount of $_____:

                                       Principal & Interest:
                                       $_____
                                       Escrow Charges:
                                       $_____
                                       Other Charges:         $_____

                                       Total Due:
                                       $_____.

☐ The Creditor's Authorized Agent denies that all prepetition arrears have been paid. According to the records of the Creditor, an arrears claim was filed in the amount of $_____ and the Trustee has paid a total of $_____. See ECF Claim No. _____. The Debtor(s) are current in post petition payments. The next payment is due _____, 2011 in the amount of $_____ which is comprised of $_____ principle and interest, $_____ escrow charges, and $_____ other charges.

By :
/s/ Jamie Crawford
BK Rep
Green Tree Servicing LLC
PO BOX 6154
Rapid City, South Dakota 57709-6154

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS CHICAGO**

IN RE:  YANCEY LESLIE
         YANCEY GLORIA R                                    NO. 09-04548

## CERTIFICATE OF SERVICE

I, Jamie Crawford, do hereby certify that I have served a true and correct copy of the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** filed by Green Tree Servicing LLC on 10/24/13 via ECF notification service Leslie S Yancey, Gloria Yancey, 330 Tiger St, Bolingbrook, IL 60490; Benjamin Mutnick, NDILnotices@legalhelpers.com; Glenn B Stearns, mcguckin_m@lisle13.com.

DATED:  This the 24th day of October, 2013.


                                              /s/  Jamie Crawford


Jamie Crawford
Bankruptcy Specialist
Green Tree Servicing, LLC
P.O. Box 6154
Rapid City, SD 57703