**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Leslie S. Yancey and Gloria Yancey | No.   09-04548 |
| Debtor | Hon.  Bruce W. Black |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on November 6, 2013, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Meredith S. Fox

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Michael Bane and Glenn B. Stearns on November 6, 2013.

/s/ Meredith S. Fox

Meredith S. Fox - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Leslie S. Yancey and Gloria Yancey
330 Tiger St
Bolingbrook, IL 60490

Glenn B. Stearns
801 Warrenville Road
Lisle, IL 60532

Michael Bane
Lifetime Debt Solutions, PC
917 W. 18th Street, Suite 200
Chicago, IL 60608
michael@lifetimedebtsolutions.com